August 8, 1975.

M. P. No. 75-223. IN RE PETITION OF NEWPORT FRATERNAL ORDER OF POLICE, LODGE No. 8. The Petition of Newport Fraternal Order of Police, Lodge No. 8, requesting the Chief Justice to appoint a third arbitrator under the provisions of Sec. 28-9.2-8 of the General Laws of Rhode Island, 1956, as amended, to arbitrate a Collective Bargaining Agreement between the City of Newport and Newport Fraternal Order of Police Lodge No. 8 on all of the unresolved issues between said parties.

After consideration thereof it is

ORDERED:

1. The Petition is granted.

2. Bernard F. McSally of 58 Weybosset Street, Providence, Rhode Island, is appointed as the third member and chairman

of the said Arbitration Board under the provisions of Sec. 28-9.2-8 of the General Laws of Rhode Island, 1956, as amended. *Joseph T. Houlihan,* for petitioner.